

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00324-CV

Madhavan A. **PISHARODI,** M.D., P.A.,,
Appellant

v.

**UNITED BIOLOGICS, L.L.C,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06067
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

The clerk's record was due June 19, 2018, but was not filed. On June 22, 2018, the clerk filed a notification of late record stating the clerk's record was not filed because appellant had not paid or made arrangements to pay the clerk's fee to prepare the record and appellant was not entitled to the record without paying the fee. *See* TEX. R. APP. P. 34.5(b), 35.3(a). We therefore ordered appellant to provide written proof to this court on or before July 6, 2018 that either (1) the clerk's fee has been paid or arrangements satisfactory to the clerk have been made to pay the clerk's fee; or (2) appellant is entitled to the clerk's record without prepayment of the clerk's fee. *See* TEX. R. APP. P. 20.1, 35.3(a).

On June 29, 2018, appellant filed a response, stating he has provided payment to both the district clerk and court reporter. Attached to his response were copies of the checks made out to both the district clerk and court reporter as well as proof of mailing.

Accordingly, we **ORDER** the district clerk to file the clerk's record in this court on or before **August 10, 2018**. Because we have not received a copy of the reporter's record at this time, we further **ORDER** the court reporter to file the reporter's record in this court on or before **August 10, 2018**.

We **order** the clerk of this court to serve a copy of this order on all counsel, the court reporter, and the district clerk.

_____
Marialyn Barnard, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.



_____
KEITH E. HOTTLE,
Clerk of Court